IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re

Kim Marie White,

        Debtor.

In Chapter 13 Proceedings

Case No. 06-03692

ORDER INCORPORATING MEMORANDUM DECISION OF July 9, 2007

(Opinion to Post)

        Based upon its Memorandum Decision of July 9, 2007, which is incorporated herein by reference, the Court concludes that Specialty Motors, if it is an entity,[1] willfully violated the Debtor's automatic stay by failing to return her vehicles once it had notice of the Debtor's bankruptcy filing on or about May 23, 2007. If the Court is provided with information that Specialty Motors is simply a trade name or "doing business name" of Mr. Jack Foshee, then Mr. Foshee has willfully violated the Debtor's automatic stay and is personally liable for any damages that may be due and owing to the Debtor.

        Based upon the foregoing, IT IS ORDERED that The Debtor is entitled to recover the actual damages, including emotional distress, caused by the stay violation in the amount of $2,000, plus attorneys' fees and cost,[2] from Specialty Motors, if is an entity, or

---

[1] The Debtor and Mr. Jack Foshee have referred to Specialty Motors as an entity, of which Mr. Foshee is the principal or owner. However, it is unclear to the Court whether Specialty Motors is a corporation, limited liability company, a partnership, or simply a trade name or "doing business as" name of Mr. Foshee. Thus, the Court has phrased this order allowing for alternative relief depending on the nature of the operations of Specialty Motors.

[2] Such fees and costs must exclude fees incurred for the May 31 hearing, of which the Creditor had insufficient notice, as set forth in the Court's Memorandum Decision.

from Mr. Jack Foshee, as his personal liability, if Specialty Motors is simply a trade name or "doing business name" of Mr. Foshee.  The Debtor's counsel is directed to submit a separate affidavit as to attorneys' fees and costs on notice to the Defendant.  A final judgment shall be entered after a determination of the attorneys' fees and a clarification as to whether Specialty Motors is an entity or is simply a trade name or business of Mr. Jack Foshee for which he should be individually liable.

**DATED this 10th day of July, 2007.**

**Honorable Sarah Sharer Curley**
**United States Bankruptcy Judge**

BNC to Notice.